**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

v.                                                                              **Case No:  2:12-cv-267-FtM-99SPC**

**JOHN DOES 1-67,**

    **Defendants.**

_____/

**ORDER**

This matter comes before the Court on John Doe 23's Motion to Quash Subpoena (Doc. #15) filed on August 29, 2012.  This Motion was electronically signed by John Doe 23, but was sent to the Court for filing by attorney M. David Epstein.  Mr. Epstein indicated in the Certificate of Service to the Motion – which he signed – that he is appearing for the sole and limited purpose of mailing the document and receiving mail for John Doe 23 and not as an attorney of record for John Doe 23.

The Court will accept the Motion (Doc. #15) as filed by John Doe 23 *pro se*.  But the Court will not allow Mr. Epstein to act as a conduit through which a *pro se* party may send and receive pleadings and other correspondence with the Court without entering a notice of appearance on John Doe 23's behalf.

Accordingly, it is now

**ORDERED:**

If Mr. Epstein is an attorney of record for John Doe 23, then he shall enter an appearance and all future pleadings and correspondence will go through him, but until he does so, he may

not participate in this case.  Mr. Epstein is directed to provide a copy of this Order to John Doe 23.  The Court will rule on John Doe 23's Motion in Due Course.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of September, 2012.

                                             SHERI POLSTER CHAPPELL
                                             UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record

M. David Epstein
2955 Hartley Road
Suite 107
Jacksonville, Florida 32257

2