**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**MALIBU MEDIA, LLC,**

    **Plaintiff,**

v.                                                            Case No:  2:12-cv-267-FtM-99SPC

**JOHN DOES 1-67,**

    **Defendants.**
_____/

**ORDER**

     This matter comes before the Court on Plaintiff's First Motion for Extension of Time Within Which it has to Serve Defendants With a Summons and Complaint (Doc. #26) filed on September 14, 2012.  As grounds, the Plaintiff states that the server companies need more time to locate and process the names associated with the ISP addresses.  Therefore, the Plaintiff requests that the Court enlarge by 45 days the deadline to serve process on the John Doe Defendants.

     Pursuant to Federal Rule of Civil Procedure, a defendant must be served within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m).  Good cause for a failure to serve within the time limit prescribed in Rule 4(m) exists "'only when some outside factor[,] such as reliance on faulty advice, rather than inadvertence or negligence, prevented service.'"  In re Trasylol Products Liability Litigation MDL-1928, 2011 WL 5529934 *4 (S.D. Fla. July 21, 2011) (citing Lepone–Dempsey v. Carroll Cnty. Com'rs, 476 F.3d 1277, 1281–82 (11th Cir. 2007) (quoting Prisco v. Frank, 929 F.2d 603, 604 (11th Cir.1991)).  "Even in the absence of good cause, a district court has the discretion to extend the time for service of process." Lepone–Dempsey, 476 F.3d at 1281; Horenkamp v. Van Winkle & Co., 402 F.3d 1129, 1132-33 (11th Cir. 2005);

Thompson v. Brown, 91 F.3d 20, 21 (5th Cir. 1996) ("If good cause does not exist the court *may,* in its discretion, decide whether to dismiss the case without prejudice or extend time for service.") (emphasis in original).

Due to the fact that numerous Doe Defendants have challenged the release of their identifying information from their ISP, the Court finds good cause to grant the extension.

Accordingly, it is now

**ORDERED:**

Plaintiff's First Motion for Extension of Time Within Which it has to Serve Defendants With a Summons and Complaint (Doc. #26) is **GRANTED**. The Plaintiff has up to and including **October 29, 2012**, to serve process on the remaining Doe Defendants.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of September, 2012.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record