UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                     CASE NO.: 2:12-cv-267-UA-SPC

JOHN DOES 1-67,

    Defendants.
_____/

**ORDER**

For the reasons stated in *Malibu Media, LLC v. John Does 1-28*, No. 8:12-cv-1667-JDW-MAP (Doc. 22), each claim against each defendant, except the claim against John Doe 1, is **DISMISSED WITHOUT PREJUDICE**, and each defendant, except John Doe 1, is "drop[ped]" under Rule 21, Federal Rules of Civil Procedure. John Doe 1 is the only defendant who remains in this action.

The "drop[ped]" John Does' motions (Docs. 13, 15, 16, 17, 18) are **DENIED AS MOOT**. The report and recommendation (Doc. 35) is **ADOPTED IN PART**. The below procedure, quoted from the report and recommendation (Doc. 36, app'x. A at 13-14), governs the plaintiff's communication with John Doe 1:

> Plaintiff shall immediately inform each John Doe Defendant who contacts Plaintiff or whom Plaintiff contacts that said John Doe Defendant has the right to obtain legal counsel to represent him or her in this matter and that anything said or

>   provided by the John Doe Defendant can and likely will be used against him or her in this proceeding.
>
>   Any John Doe Defendant who does not wish to be contacted by Plaintiff may at any time inform Plaintiff by phone or send Plaintiff's counsel a letter or e-mail addressed to copyright@lebfirm.com that states: "Please do not contact me (again) prior to serving me in this matter."
>
>   Plaintiff must notify the John Doe Defendant, or his or her counsel if represented, of Plaintiff's intent to name and serve the John Doe Defendant at least fourteen (14) calendar days prior to seeking issuance of a summons from the Clerk for the identified John Doe Defendant.

Otherwise, the report and recommendation (Doc. 35) is **DENIED AS MOOT**. The plaintiff's second motion to extend time to serve (Doc. 36) is **GRANTED**. The plaintiff must serve John Doe 1 on or before **FEBRUARY 1, 2013**.

ORDERED in Tampa, Florida, on December 27, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE